MICHAEL J. STEINER (State Bar No. 112079)
JOSHUA E. WHITEHAIR (State Bar No. 244900)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439


Attorneys for Defendants
WELLS FARGO HOME MORTGAGE, a division
of WELLS BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KRAVICH, and NANCY KRAVICH, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK, N.A., SOUTHSTAR FUNDING, LLC, FIRST AMERICAN LOANSTAR TRUSTEE SERVICE, LAWRENCE ORDONIO and DOES 1-20 inclusive,, <br><br> Defendants. | Case No.:  2:09-cv-01061-GEB-KJM <br><br> **STIPULATION SETTING HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

Pursuant to L.R. 78-230, plaintiffs Michael Kravich and Nancy Kravich and defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A. ("Wells Fargo") and First American Loanstar Trustee Service ("First American"), by and through the undersigned counsel, hereby stipulate that the hearing on First American's motion to dismiss currently set for August 31, 2009 be reset to September 28, 2009, so as to be heard on the same date and time as Wells Fargo's motion to dismiss and strike.

This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties.

DATED: July 28, 2009    JONATHAN G. STEIN

By:     */s/ Jonathan G. Stein*
          Jonathan G. Stein

Attorneys for Plaintiffs
MICHAEL KRAVICH and NANCY KRAVICH


DATED: July 28, 2009    SEVERSON & WERSON
A Professional Corporation


By:     */s/ Joshua E. Whitehair*
          Joshua E. Whitehair

Attorneys for Defendants
WELLS FARGO HOME MORTGAGE, a division of
WELLS BANK, N.A.


DATED: July 28, 2009    LAW OFFICE OF GLENN WECHSLER


By:     /s/ *Lawrence D. Harris*
          Lawrence D. Harris

Attorneys for Defendant
FIRST AMERICAN LOANSTAR TRUSTEE
SERVICES


Pursuant to the stipulation, IT IS SO ORDERED.

DATED: 8/3/09

_____
GARLAND E. BURRELL, JR.
United States District Judge