MICHAEL J. STEINER (State Bar No. 112079)
JOSHUA E. WHITEHAIR (State Bar No. 244900)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO HOME MORTGAGE, a
division of WELLS BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL KRAVICH, and NANCY KRAVICH,

Plaintiffs,

vs.

WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK, N.A., SOUTHSTAR FUNDING, LLC, FIRST AMERICAN LOANSTAR TRUSTEE SERVICE, LAWRENCE ORDONIO and DOES 1-20 inclusive,,

Defendants.

Case No.: 2:09-cv-01061-GEB-KJM

**STIPULATION AND ORDER CONTINUING DEADLINE FOR COMPLETION OF DISCOVERY**

Plaintiffs Michael Kravich and Nancy Kravich ("Plaintiffs") commenced this action on April 20, 2009. Defendant First American Loanstar Trustee Service ("First American") filed a motion to dismiss on May 26, 2009. In response, Plaintiffs filed a First Amended Complaint ("FAC") on June 29, 2009.

On July 6, 2009, Plaintiffs, First American and defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A. ("Wells Fargo") submitted a Joint Status Report proposing a case schedule in advance of the initial status (pretrial scheduling) conference. On July 16, the Court entered a Status (Pretrial Scheduling) Order vacating the status conference and setting a

deadline of March 17, 2010 for the completion of discovery.

First American and Wells Fargo filed motions to dismiss the FAC and a hearing was set for September 28, 2009. The Court subsequently vacated the hearing, submitting the matter without oral argument.

On February 11, 2010, the Court entered an Order Granting Defendants' Motions to Dismiss Plaintiffs' Complaint in its entirety with leave to amend. Plaintiffs have until February 25, 2010 to file and serve a Second Amended Complaint ("SAC") in accordance with the Court's Order.

WHEREFORE, because the pleadings are still not at issue and it is unknown what claims will be asserted against Defendants and because Defendants anticipate further motion practice on any SAC filed by Plaintiffs, the Parties, by and through the undersigned counsel, hereby agree and stipulate that good cause exists to continue the deadline for the completion of discovery until April 17, 2010.

This stipulation will not alter any other deadline previously set by the Court and is without prejudice to the rights, claims, defenses and arguments of all parties.

DATED: February 17, 2010

JONATHAN G. STEIN

By: /s/*Jonathan G. Stein*
Jonathan G. Stein
Attorneys for Plaintiffs
MICHAEL KRAVICH, and NANCY KRAVICH

DATED: February 17, 2010

SEVERSON & WERSON
A Professional Corporation

By: /s/*Joshua E. Whitehair*
Joshua E. Whitehair

Attorneys for Defendants
WELLS FARGO HOME MORTGAGE, a division of WELLS BANK, N.A.

DATED: February 17, 2010

LAW OFFICE OF GLENN WECHSLER

By: /s/*Lawrence D. Harris*
Lawrence D. Harris

Attorneys for Defendant
FIRST AMERICAN LOANSTAR TRUSTEE SERVICE

Pursuant to the Stipulation, IT IS SO ORDERED.

DATED: 2/18/10

GARLAND E. BURRELL, JR.
United States District Judge