| | |
|---|---|
| 1 | MICHAEL J. STEINER (State Bar No. 112079)<br>JOSHUA E. WHITEHAIR (State Bar No. 244900) |
| 2 | SEVERSON & WERSON<br>A Professional Corporation |
| 3 | One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 398-3344<br>Facsimile: (415) 956-0439 |
| 5 | |
| 6 | Attorneys for Defendants<br>WELLS FARGO HOME MORTGAGE, a |
| 7 | division of WELLS BANK, N.A. |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KRAVICH, and NANCY KRAVICH,<br><br>                Plaintiffs,<br><br>        vs.<br><br>WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK, N.A., SOUTHSTAR FUNDING, LLC, FIRST AMERICAN LOANSTAR TRUSTEE SERVICE, LAWRENCE ORDONIO and DOES 1-20 inclusive,,<br><br>                Defendants. | Case No.: 2:09-cv-01061-GEB-KJM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

On February 25, 2010, plaintiffs Michael Kravich and Nancy Kravich ("Plaintiffs") filed and served a Second Amended Complaint ("SAC"). Subsequently, counsel for Plaintiffs and defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A. ("Wells Fargo") began discussions in attempt to resolve this matter informally. Although the parties are optimistic about the prospect of settlement, they require additional time to exchange information and consider the proposals.

Wherefore, in the interests of judicial efficiency and to conserve resources, Plaintiffs,

Wells Fargo and defendant First American Loanstar Trustee Service ("First American"), by and through their undersigned counsel, hereby agree and stipulate that Defendants shall file and serve their responses to SAC on or before March 25, 2010.

This stipulation will not alter any other deadline previously set by the Court and is without prejudice to the rights, claims, defenses and arguments of all parties.

DATED: March 9, 2010      JONATHAN G. STEIN

By:     /s/*Jonathan G. Stein*
           Jonathan G. Stein

Attorneys for Plaintiffs
MICHAEL KRAVICH, and NANCY KRAVICH

DATED: March 9, 2010      SEVERSON & WERSON
A Professional Corporation

By:     /s/*Joshua E. Whitehair*
           Joshua E. Whitehair

Attorneys for Defendants
WELLS FARGO HOME MORTGAGE, a division of WELLS BANK, N.A.

DATED: March 9, 2010      LAW OFFICES OF GLENN H. WECHSLER

By:     /s/*Lawrence D. Harris*
           Lawrence D. Harris

Attorneys for Defendant
FIRST AMERICAN LOANSTAR TRUSTEE SERVICES

Pursuant to the Stipulation, IT IS SO ORDERED.

DATED: 3/12/10

GARLAND E. BURRELL, JR.
United States District Judge